IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LUCAS,

        Plaintiff,        1: 08 CV 0515 AWI WMW PC

   vs.        ORDER RE MOTION (DOC 7)

JAMES E. TILTON, et al.,

        Defendants.

    Plaintiff has filed a motion for the entry of default.  No Defendant has been served in this action, and Plaintiff has not returned any properly executed returns of service.  Entry of default is therefore denied.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the entry of default is denied.

IT IS SO ORDERED.

**Dated:   January 14, 2009**        /s/  **William M. Wunderlich**
                                                              UNITED STATES MAGISTRATE JUDGE