IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCAS,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES TILTON, ET AL.,<br><br>        Defendants. | 1:08-CV-0515 AWI WMW PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION**<br><br>**ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT AND PRELIMINARY INJUNCTIVE RELIEF**<br><br>(Documents #9 & #10) |

    Plaintiff is a state prisoner who is a proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 14, 2009, the Magistrate Judge filed Findings and Recommendations, recommending that Plaintiff's motion for summary judgment and motion for preliminary injunctive relief be denied. The Findings and Recommendations gave notice that Plaintiff could file objections within thirty days.

    No objections to the Findings and Recommendations have been filed. However, on February 6, 2009, Plaintiff filed an amended complaint.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the Findings and

Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 14, 2009, are ADOPTED IN FULL;
2. Plaintiff's motion for summary judgment is DENIED;
3. Plaintiff's motion for preliminary injunctive relief is DENIED; and
4. This action is REFERRED to the Magistrate Judge to screen the February 6, 2009 amended complaint.

IT IS SO ORDERED.

**Dated:   March 16, 2009**              /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE