IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES E. TILTON, et al., ) <br> ) <br> Defendants. ) <br> _____) | 1:08-CV-515 AWI YNP GSA (PC) <br><br> ORDER RE: FINDINGS & RECOMMENDATIONS <br><br> Document # *10* |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 2, 2010, findings and recommendations were entered, recommending that Plaintiff's motion for injunctive relief be denied. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 2, 2010, are adopted in full; and
2. Plaintiff's motion for injunctive relief is denied.

IT IS SO ORDERED.

**Dated:   March 23, 2010**                    /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE